IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-03254-WYD-MJW

BARUCH BACHOFER,

    Plaintiff,

v.

TIMOTHY CREANY, JR. (in his personal and official capacities);
PAULA FRANTZ (in her official capacity);
PHYSICIAN ASSISTANT KLENKE (in his official capacity);
ANGEL MEDINA (in his official capacity); and,
TOM CLEMENTS, Executive Director of the Colorado Department of Corrections (in his official capacity),

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on plaintiff, Baruch Bachofer's, Unopposed Motion To Withdraw Motion For Preliminary Injunction [ECF No. 18], filed on January 5, 2013.  After careful consideration, it is

ORDERED that Bachofer's motion [ECF No. 18] is **GRANTED**, and his Motion For Preliminary Injunction And Request For Hearing [ECF No. 6] is **WITHDRAWN** from the record.

Dated:  January 7, 2013.

                                          BY THE COURT:

                                          <u>s/ Wiley Y. Daniel</u>
                                          Wiley Y. Daniel
                                          Senior U. S. District Judge