IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03254-WYD-MJW

BARUCH BACHOFER,

Plaintiff(s),

v.

TIMOTHY CREANY JR. (In his personal and official capacities),
PAULA FRANTZ (in her official capacity),
PHYSICIAN ASSISTANT KLENKE (in his official capacity),
ANGEL MEDINA (in his official capacity), and
TOM CLEMENTS, Executive Director of the Colorado Department of Corrections
    (in his official capacity),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the defendants' Opposed Motion to Vacate February 26, 2013 Preliminary Scheduling Conference and Stay of Discovery (Docket No. 22) is granted in part and denied in part.  The motion is granted to the extent that the Rule 16 Scheduling Conference set for February 26, 2013, at 9:00 a.m. is VACATED.  However, that conference is RESET on March 22, 2013, at 10:00 a.m.  The parties shall submit their proposed Scheduling Order on or before March 18, 2013.  The motion is denied with respect to the request to stay discovery.

Date: February 20, 2013