IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03254-WYD-MJW

BARUCH BACHOFER,

Plaintiff(s),

v.

TIMOTHY CREANY JR. (In his personal and official capacities),
PAULA FRANTZ (in her official capacity),
PHYSICIAN ASSISTANT KLENKE (in his official capacity),
ANGEL MEDINA (in his official capacity), and
TOM CLEMENTS, Executive Director of the Colorado Department of Corrections
    (in his official capacity),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the defendants' Opposed Motion to Stay March 22, 2013 Preliminary Scheduling Conference and Initial Disclosures Deadline for Amendment of Complaint or, Alternatively, to Appear by Phone (Docket No. 28) is denied in part and granted in part as follows.  The motion is granted to the extent that defense counsel may participate in the March 22, 2013, Scheduling Conference by phone by calling the court on March 22, 2013, at 10:00 a.m. Mountain Time at (303) 844-2403.  In all other respects, the motion is denied.

Date: March 19, 2013