IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03254-WYD-MJW

BARUCH BACHOFER,

Plaintiff(s),

v.

DR. TIMOTHY CREANY JR. (in his personal and official capacities),
WILLIAM KLENKE (in his personal capacity),
KATHY SMITH (in her personal capacity),
SERGEANT PATRICA BURNS (in her personal capacity), and
ROBERT WERHOLTZ, Acting Executive Director of the Colorado Department of Corrections (in his official capacity),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 44), to which no opposition was filed, is granted.  The tendered Amended Complaint (Docket No. 44-1) is accepted for filing as of the date of this Minute Order.

Date: July 15, 2013