UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03254-WYD-MJW

BARUCH BACHOFER,

    Plaintiff,

v.

TIMOTHY CREANY, JR. (in his personal and official capacities);
PAULA FRANTZ (in her official capacity);
PHYSICIAN ASSISTANT KLENKE (in his official capacity);
ANGEL MEDINA (in his official capacity); and,
TOM CLEMENTS, Executive Director of the Colorado Department of Corrections (in his official capacity),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court *sua sponte*.  On Monday, July 15, 2013, plaintiff, Baruch Bachofer, filed an Amended Complaint [ECF No. 47].  Because the Amended Complaint is now the operative complaint, it is

    ORDERED that the CDOC Defendants' Motion To Dismiss [ECF No. 21] is **DENIED AS MOOT**.  It is

    FURTHER ORDERED that Bachofer's Motion To Strike Exhibits To Defendants' Motion To Dismiss Or In The Alternative Motion For Discovery Pursuant To FRCP Rule 56(f) [ECF No. 27] is **DENIED AS MOOT**.

    Dated:  July 15, 2013.