IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03254-WYD-MJW

BARUCH BACHOFER,

Plaintiff(s),

v.

DR. TIMOTHY CREANY JR. (in his personal and official capacities),
WILLIAM KLENKE (in his personal capacity),
KATHY SMITH (in her personal capacity),
SERGEANT PATRICA BURNS (in her personal capacity), and
ROBERT WERHOLTZ, Acting Executive Director of the Colorado Department of Corrections (in his official capacity),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Unopposed Motion to Modify the Schedule Order with Respect to Designation of Expert Witnesses (Docket No. 52) is granted. Accordingly, the Scheduling Order (Docket No. 35) is amended such that the deadline to designate expert witnesses is extended up to and including September 12, 2013, and the deadline to designate rebuttal expert witnesses is extended up to and including October 11, 2013.

Date: August 13, 2013