IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03254-WYD-MJW

BARUCH BACHOFER,

Plaintiff(s),

v.

DR. TIMOTHY CREANY JR. (in his personal and official capacities),
WILLIAM KLENKE (in his personal capacity),
KATHY SMITH (in her personal capacity),
SERGEANT PATRICA BURNS (in her personal capacity), and
ROBERT WERHOLTZ, Acting Executive Director of the Colorado Department of Corrections (in his official capacity),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Pretrial Conference and Reset After Resolution of the Defendants' Motion for Summary Judgment (docket no. 71) is DENIED.  The resolution of the summary judgment motion (docket no. 65) will not resolve the entire case.  Accordingly, the Final Pretrial Conference will need to take place regardless of the ruling that Judge Daniel enters on the pending motion for summary judgment (docket no. 65).  Accordingly, for this reason the subject motion (docket no. 71) should be denied.

Date: January 28, 2014