IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-03254-WYD-MJW

BARUCH BACHOFER,

    Plaintiff,

v.

DR. TIMOTHY CREANY, JR. (in his personal and official capacities);
WILLIAM KLENKE (in his personal capacity);
KATHY SMITH (in her personal capacity);
SERGEANT PATRICIA BURNS (in her personal capacity); and,
ROGER WERHOLTZ, Acting Executive Director of the Colorado Department of Corrections (in his official capacity),

    Defendants.
_____

**ORDER**
_____

On February 3, 2014, Magistrate Judge Watanabe issued a Final Pretrial Order [ECF No. 77]. As such, this case is ripe for a trial setting. Therefore, it is

ORDERED that a three-day jury trial is set to commence on **Monday, January 12, 2015, at 9:00 a.m. in Courtroom A-1002**. It is

FURTHER ORDERED that a Trial Preparation Conference is set for **Thursday, December 4, 2014, at 10:00 a.m. in Courtroom A-1002**.

The parties are reminded to review and comply will all directives set forth in my PRACTICE STANDARDS with respect to trial preparation.

Dated: February 7, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge