IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-03254-WYD-MJW

BARUCH BACHOFER,

    Plaintiff,

v.

DR. TIMOTHY CREANY JR. (in his personal and official capacities);
WILLIAM KLENKE (in his personal capacity);
KATHY SMITH (in her personal capacity);
SERGEANT PATRICIA BURNS (in her personal capacity); and
ROGER WERHOLTZ, Acting Executive Director of the Colorado Department of Corrections (in his official capacity),

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Plaintiff's Unopposed Motion to Reset the Pretrial Preparation Conference (ECF No. 95) is **GRANTED**.  The Pretrial Preparation Conference set for Thursday, December 11, 2014 at 2:00 p.m. is **VACATED** and **RESET** for **Wednesday, December 17, 2014 at 10:00 a.m. in Courtroom A-1002.**

    Dated:   December 2, 2014.